**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:   October 27, 2008                          Courtroom Deputy: Nel Steffens
                                                  Court Reporter: Therese Lindblom

**Civil Case No.**  08–cv–02321–WYD

COMMON CAUSE OF COLORADO, on               Gale Dick, Richard Rosenblatt, Jesse Allen,
behalf of itself and its members,          and Myrna Pérez
MI FAMILIA VOTA EDUCATION FUND,
and
SERVICE EMPLOYEES
INTERNATIONAL UNION, on behalf of
itself and its members,

        Plaintiffs,

v.

MICHAEL COFFMAN, in his official            Maurice Knaizer, Monica Marquez, Melody
capacity as Secretary of State for the State   Mirbaba, and Hilary Rudy
of Colorado,

        Defendant.

---

**COURTROOM MINUTES**
---

**Hearing on Motion for Temporary Restraining Order and Preliminary Injunction:**

**2:09 p.m.       Court in session.**

Court reviews clerk's office procedures regarding how the matter came to this court today.

Discussion regarding parties' preference regarding separate or merged hearings as to temporary restraining order and preliminary injunction.

**ORDERED:        A Preliminary Injunction hearing is set for October 29, 2008 at 2:00
                  p.m. in this court.**

Court addresses parties regarding briefs to be submitted for the preliminary injunction hearing.

Court addresses issue of bond.

**ORDERED:**          **Any briefs and/or proposed orders are due by October 28, 2008 at 4:00 p.m.**

Discussion regarding anticipated time needed for preliminary injunction hearing and witnesses to be called.

**2:27 p m.**     **Court in recess/hearing concluded**.

Total in-court time: 00:18