IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  October 29, 2008                    Courtroom Deputy: Bernique Abiakam
                                           Court Reporter: Therese Lindblom

**Civil Case No.**  08–cv–02321–WYD

| | |
|---|---|
| COMMON CAUSE OF COLORADO, on behalf of itself and its members; MI FAMILIA VOTA EDUCATION FUND; SERVICE EMPLOYEES INTERNATIONAL UNION, on behalf of itself and its members, | S. Gale Dick<br>Richard Rosenblatt<br>Jessie Allen<br>Jim Finberg<br>Myrna Perez<br>B.J. Chisholm<br>Penda Hair |
| Plaintiffs, | |
| v. | |
| MICHAEL COFFMAN, in his official capacity as Secretary of State for the State of Colorado, | Maurice Knaizer<br>Monica Marquez<br>Melody Mirbaba<br>Hilary Rudy |
| Defendant. | |

## COURTROOM MINUTES

**Preliminary Injunction Hearing:**

**1:16 p.m.     Court in session.**

Court calls case.

Preliminary remarks by the Court.

1:30 p.m.     Opening statement by Ms. Allen.
              Opening statement waived by Mr. Knaizer.

**Stipulated Plaintiff's exhibits 1 thru 18, with the exception of 5, 6, 7, and 17, are offered and received.**

**Stipulated Defendant's exhibits A thru I are offered and received.**

Statement by Ms. Perez regarding correction to Plaintiffs' Exhibit 13.

*08-cv-02321-WYD*
*Motions Hearing*
*October 29, 2008*

| | |
|---|---|
| 1:33 p.m. | Plaintiff's witness, Linda Townsend Johnson, called and sworn. |
| 1:34 p.m. | Direct examination begins by Ms. Perez. |
| 1:50 p.m. | No Cross examination.  Witness excused. |
| 1:51 p.m. | Plaintiff's witness, James Edward Johnson, called and sworn. Direct examination begins by Ms. Perez. |
| 2:06 p.m. | No Cross examination.  Witness excused. |
| 2:08 p.m. | Plaintiffs' Exhibit 22 offered to the Court by Mr. Finberg. Exhibit 22 admitted under specified limited purpose. |

Discussion regarding the standing issue.

Plaintiffs' rests.

| | |
|---|---|
| 2:13 p.m. | Defendants' witness, Hilary Rudy, called and sworn. Direct examination begins by Ms. Mirbaba. |
| 2:39 p.m. | The Court questions the witness. |
| 2:40 p.m. | Continued direct examination by Ms. Mirbaba. |
| 2:52 p.m. | Cross examination begins by Ms. Hair. |
| 3:24 p.m. | Re-direct examination by Ms. Mirbaba. |
| 3:27 p.m. | Re-cross examination by Ms. Hair. |
| **3:28 p.m.** | **Court in recess.** |
| **3:51 p.m.** | **Court in session.** |
| 3:52 p.m. | Defendants' witness, Trevor Adam Timmons, called and sworn. Direct examination begins by Ms. Mirbaba. |
| 3:59 p.m. | Question by the Court. |
| 4:00 p.m. | Continued direct examination by Ms. Mirbaba. |

*08-cv-02321-WYD*
*Motions Hearing*
*October 29, 2008*

| | |
|---|---|
| 4:18 p.m. | Cross-examination begins by Mr. Finberg. |
| 4:33 p.m. | Redirect examination by Ms. Mirbaba.<br>Witness excused. |
| 4:34 p.m. | Defendants' witness, Gerald Wayne Munster, called and sworn.<br>Direct examination begins by Ms. Mirbaba. |
| 4:53 p.m. | Cross-examination begins by Mr. Finberg. |

Plaintiffs' exhibit 25 offered and admitted as an official publication.

| | |
|---|---|
| 4:57 p.m. | Continued cross-examination by Mr. Finberg. |
| 5:08 p.m. | Redirect examination by Ms. Mirbaba. |
| 5:16 p.m. | Re-cross examination by Mr. Finberg. |
| 5:17 p.m. | Witness excused. |
| **5:17 p.m.** | **Court in recess.** |
| **5:32 p.m.** | **Court in session.** |
| 5:33 p.m. | Plaintiff's rebuttal witness, Christiane Citron, called and sworn.<br>Direct examination begins by Mr. Finberg. |
| 5:34 p.m. | Cross-examination begins by Mr. Knaizer. |
| 5:38 p.m. | Witness excused. |

Comments by the Court.

The Court allows counsel time to meet and confer.

**5:44 p.m.     Court in recess.**

**9:00 p.m.     Court in session.**

The parties have reached a stipulation which is read into the record by the Court.

3

*08-cv-02321-WYD*
*Motions Hearing*
*October 29, 2008*

**The Motion For Temporary Restraining Order And Order To Show Cause For A Preliminary Injunction (Filed 10/25/08; Doc. No. 2) is converted to a Motion For Preliminary Injunction and is resolved in accordance with the Parties' Stipulated Preliminary Injunction which was APPROVED and will be entered as an ORDER of the Court.**


**9:06 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 03:56