IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-2321-JLK**

**COMMON CAUSE OF COLORADO, et al.**,

        Plaintiffs,

v.

**MICHAEL COFFMAN, in his official capacity as Secretary of State for the State of Colorado,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiffs' Unopposed Motion to Amend the Stipulated Scheduling and Discovery Order (doc. #38), filed April 6, 2009, is GRANTED. The deadline for filing an amended complaint is extended to April 13, 2009; the deadline for filing an amended answer is extended to May 4, 2009.

Dated:  April 7, 2009