IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-2321-JLK**

**COMMON CAUSE OF COLORADO, et al.**,

       Plaintiffs,

v.

**MICHAEL COFFMAN, in his official capacity as Secretary of State for the State of Colorado,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiffs' Unopposed Motion for Leave to File an Amended Complaint (doc. #44), filed April 16, 2009, is GRANTED. The amended complaint is accepted as filed.

Dated: April 16, 2009