IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-2321-JLK**

**COMMON CAUSE OF COLORADO, et al.**,

        Plaintiffs,

v.

**BERNIE BUESCHER, in his official capacity as Secretary of State for the State of Colorado,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Unopposed Motion to Amend the Stipulated Scheduling and Discovery Order (doc. #50), filed April 27, 2009, is GRANTED. The Stipulated Scheduling and Discovery Order is amended to allow the parties to respond to the first round of interrogatories on or before May 13, 2009, and to allow the parties to respond to requests for production of documents on or before May 29, 2009.

Dated: April 28, 2009