IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-2321-JLK**

**COMMON CAUSE OF COLORADO, et al.**,

        Plaintiffs,

v.

**BERNIE BUESCHER, in his official capacity as Secretary of State for the State of Colorado,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Defendant's Second Unopposed Motion to Amend the Stipulated Scheduling and Discovery Order (doc. #54), filed April 29, 2009, is GRANTED.  The Stipulated Scheduling and Discovery Order is amended permit the Defendant to file a response to the Amended Complaint on or before May 18, 2009.

Dated:  April 29, 2009