IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-2321-JLK**

**COMMON CAUSE OF COLORADO, et al.**,

      Plaintiffs,

v.

**BERNIE BUESCHER, in his official capacity as Secretary of State for the State of Colorado,**

      Defendants.

---

## MINUTE ORDER
---

Judge John L. Kane **ORDERS**

      Plaintiffs' unopposed Motion to Amend Stipulated Discovery Order (Doc. 63) – establishing amended time tables to submit responses to interrogatories, "subsequent rounds of discovery" and depositions within the already established discovery cut-off date – is GRANTED.  Counsel are invited to review the provisions of D.C.COLO.LCiv.R 6.1A to see whether, in the future, the same relief may be achieved through the filing of a stipulation, rather than a motion which requires affirmative Court action to effect.  If relief is available under the rules on through the filing of a motion, that motion should be accompanied by a proposed order submitted in editable form to Kane_Chambers@cod.uscourts.gov.

_____

May 12, 2009