IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-2321-JLK**

**COMMON CAUSE OF COLORADO, et al.**,

      Plaintiffs,

v.

**BERNIE BUESCHER, in his official capacity as Secretary of State for the State of Colorado,**

      Defendants.

## ORDER

Kane, J.

This matter is before the Court on the Joint Motion to Strike Portions of Plaintiffs' Reply in Support of Plaintiffs' Motion for Enforcement of Stipulation and to Strike Defendants' Surreply (doc. #77), filed June 1, 2009. The motion is GRANTED in both regards. Plaintiff's Amended Reply Brief (attached to the Motion as Exhibit A) is accepted as filed. The Motion for Leave to File Surreply (doc. #71) is DENIED AS MOOT. The stricken document shall remain sealed, so as such, the Motion to Seal (doc. #72) is GRANTED.

Dated:  June 16, 2009                                     **s/John L. Kane**
                                                              SENIOR U.S. DISTRICT JUDGE