# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

COMMON CAUSE OF COLORADO, *et al.*,

    Plaintiffs,

v.

BERNIE BUESCHER, in his official capacity as Secretary of State for the State of Colorado,

    Defendant.

CIVIL ACTION NO.

1:08-cv-02321-JLK

## CONSENT STIPULATION AND ORDER

Pursuant to Fed. R. Civ. P. 29, the parties' stipulation, and the Scheduling Order previously entered in this case on February 20, 2009, it is hereby

**ORDERED** that the parties shall have until August 4, 2009, to respond to the first round of discovery previously served by each party. The parties shall serve their second round of discovery, if any, on or before August 18, 2009. No depositions shall be scheduled until after August 18, 2009.

Further, it is **ORDERED** that the Scheduling Order previously entered in this case on February 20, 2009, is hereby **MODIFIED** to permit the parties, without further leave of Court, to enter into written stipulations to modify discovery schedules or procedures that fall within the scope of Fed. R. Civ. P. 29 and that do not alter the time previously set for completion of discovery. Said

stipulations may be in letter or email form, need not be in the form of a pleading, and need not be filed with the Court, but should be maintained by the parties and should, when taken together, reflect the parties' consent as to the modification permitted and stipulated pursuant to Rule 29.

      **IT IS SO ORDERED** this 29th day of June, 2009.

                                        *S/John L. Kane*
                                        JOHN L. KANE
                                        UNITED STATES DISTRICT JUDGE