# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| COMMON CAUSE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BERNIE BUESCHER, in his official capacity as Secretary of State for the State of Colorado, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 1:08-cv-02321-JLK |

## CONSENT STIPULATION AND ORDER EXTENDING DISCOVERY

Pursuant to the parties' stipulation, and the Scheduling Order previously entered in this case on February 20, 2009, it is hereby **ORDERED** that the time for completing discovery shall be extended through **November 6, 2009**.

**IT IS SO ORDERED** this ___30___ day of ___September___, 2009.

_____
JOHN L. KANE
UNITED STATES DISTRICT JUDGE

1