# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| COMMON CAUSE OF COLORADO, *et al.*, | |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 08-CV-02321-JLK-KMT |
| BERNIE BUESCHER, in his official capacity as Secretary of State for the State of Colorado, | |
| Defendant. | |

## CONSENT STIPULATION AND ORDER EXTENDING DISCOVERY

Pursuant to the parties' stipulation, and the Scheduling Order previously entered in this case on February 20, 2009, it is hereby **ORDERED** that the time for completing discovery shall be extended through **November 13, 2009**. The parties are discussing the dispositive motions deadlines and will update the Court as appropriate.

**IT IS SO ORDERED** this 6 day of November, 2009.

_____
JOHN L. KANE
UNITED STATES DISTRICT JUDGE

1