IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-2321-JLK**

**COMMON CAUSE OF COLORADO, et al.**,

       Plaintiffs,

v.

**BERNIE BUESCHER, in his official capacity as Secretary of State for the State of Colorado,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiffs' Unopposed Motion to Amend the Stipulated Scheduling and Discovery Order (doc. #108), filed November 13, 2009, is **GRANTED**. The time for completing discovery is extended through November 16, 2009. All other deadlines are unchanged.

Dated: November 16, 2009