# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil No. 08-CV-02321-JLK

COMMON CAUSE OF COLORADO, on behalf of itself and its members;
MI FAMILIA VOTA EDUCATION FUND; and
SERVICE EMPLOYEES INTERNATIONAL UNION, on behalf of itself and its members,

    Plaintiffs,

vs.

BERNIE BUESCHER, in his official capacity as Secretary of State for the State of Colorado,

    Defendant.

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Declaration of James M. Finberg, executed on December 10, 2004, and the evidence attached thereto, and upon all prior pleadings and proceedings herein, the undersigned, attorneys for Plaintiffs, hereby move this Court pursuant to Fed. R. Civ. P. 56 and this Court's Pretrial and Trial Procedures for partial summary judgment and for such other and further relief as the Court may deem just and proper.

Dated December 10, 2009      /s/ James M. Finberg

    Stephen P. Berzon
    James Finberg
    Stacey M. Leyton
    Barbara J. Chisholm
    ALTSHULER BERZON LLP
    177 Post Street, Suite 300
    San Francisco, California 94108

23090904v1
23098411v1

Tel: 415-421-7151
Fax: 415-362-8064
sberzon@altshulerberzon.com
jfinberg@altshulerberzon.com
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com

James E. Johnson
S. Gale Dick
Elaina Loizou
Stuart Naifeh
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: 212-909-6000
Fax: 212-909-6836
jejohnsn@debevoise.com
sgdick@debevoise.com

Richard Rosenblatt, Esq.
RICHARD ROSENBLATT &
ASSOCIATES, L.L.C.
8085 East Prentice Avenue
Greenwood Village, Colorado 80111
Tel: 303-721-7399 x11
Fax: 720-528-1220
rrosenblatt@cwa-union.org

Penda D. Hair
Elizabeth S. Westfall
Bradley E. Heard
ADVANCEMENT PROJECT
1220 L Street, NW, Suite 850
Washington, DC 20005
Phone: (202) 728-9557
Fax: (202) 728-9558
phair@advancementproject.org
ewestfall@advancementproject.org
bheard@advancementproject.org

2

Wendy Weiser
Myrna Pérez
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
161 Avenue of the Americas
12th Floor
New York, New York 10013
Tel: 212-998-6284
Fax: 212-995-4550
wendy.weiser@nyu.edu
myrna.perez@nyu.edu

Karen Neuman
Sarah Brannon
Brian Siebel
FAIR ELECTIONS LEGAL NETWORK
1730 Rhode Island Avenue, NW
Suite 712
Washington, D.C. 20036
sbrannon@fairelectionsnetwork.com
bsiebel@fairelectionsnetwork.com

*Attorneys for Plaintiffs Common Cause of Colorado, Mi Familia Vota Education Fund and Service Employees International Union*

CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2009, I electronically filed the foregoing Plaintiffs' Motion for Partial Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered, interested parties via electronic mail.

Executed on December 10, 2009                            /s/ James M. Finberg

23098411v1