**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**SENIOR JUDGE JOHN L. KANE**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Kara Spitler

Date: December 17, 2009
Time:  24 minutes

**CASE NO.  08-CV-02321-JLK**

| Parties | Counsel |
|---|---|
| **COMMON CAUSE OF COLORADO, et al,** | Stephen Gail Dick |
|  | Barbara Chisholm |
|  | Bradley Heard |
|  | James Finberg |
| Plaintiff (s), | Myrna Perez |
|  | Karen Newman |
| vs. | Sarah Brannon |
|  | Brian Siebel |
|  |  |
| **BERNIE BUESCHER, et al** | Maurice Knaizer |
|  | Melody Mirbaba |
|  | Monica Marquez |
| Defendant (s). | Matthew Grove |
|  | Hilary Rudy |

**MOTION HEARING**

**10:04 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Counsel for plaintiffs appear by telephone.

Page Two
08-cv-02321-JLK
December 17, 2009

Discussion regarding the pending motion to dismiss.

**ORDERED:** Defendant Bernie Buescher's Motion to Dismiss (Doc #70), filed 5/22/09 is deemed **MOOT**, given that it has been merged with Defendant Bernie Buescher's Motion for Summary Judgment (Doc #115). filed 12/10/09.

**Plaintiffs' Motion to Stay Proceedings Related to Counts II, III and IV of the Amended Complaint (Doc #117), filed 12/10/09.**

**10:07 a.m.**   Argument by Mr. Finberg in support of plaintiffs' motion.

**10:17 a.m.**   Argument by Mr. Knaizer.

Court states its findings.

**ORDERED:** Plaintiffs' Motion to Stay Proceedings Related to Counts II, III and IV of the Amended Complaint (Doc #114), filed 12/10/09 is **DENIED**.

Discussion regarding setting a briefing schedule on plaintiffs' second, third and fourth claims.

**ORDERED:** Plaintiffs' opening brief is due **January 15, 2010.**  Defendants' reply brief is due **February 2, 2010.**  Plaintiffs' reply brief is due **February 9, 2010.**

**10:28 a.m.**   **COURT IN RECESS**

**Total in court time:**       **24 minutes**

**Hearing concluded**