IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 08-CV-02321-JLK

COMMON CAUSE OF COLORADO, on behalf of itself and its members;
MI FAMILIA VOTA EDUCATION FUND; and
SERVICE EMPLOYEES INTERNATIONAL UNION, on behalf of itself and its members,

    Plaintiffs,

vs.

BERNIE BUESCHER, in his official capacity as Secretary of State for the State of Colorado,

    Defendant.

---

JOINT MOTION FOR ENTRY OF
[PROPOSED] ORDER REGARDING SETTLEMENT OF COUNTS II, III, AND IV

    Plaintiffs Common Cause of Colorado, Mi Familia Vota Education Fund ("Mi Familia Vota"), and Service Employees International Union ("SEIU") (collectively "Plaintiffs") and Defendant Bernie Buescher have entered into a Settlement Agreement and Mutual Release ("Agreement") that resolves Counts II, III and IV of the Amended Complaint.

    Accordingly, the Parties respectfully request that the Court enter the attached Proposed Order dismissing Counts II, III and IV of the Amended Complaint without prejudice, pursuant to the terms of the Agreement.

                                                           Respectfully Submitted by:

Date:  January 22, 2010                      /s/James M. Finberg

Stephen P. Berzon
James M. Finberg
Stacey M. Leyton
Barbara J. Chisholm
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Tel: 415-421-7151
Fax: 415-362-8064
sberzon@altshulerberzon.com
jfinberg@altshulerberzon.com
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com

James E. Johnson
S. Gale Dick
Elaina J. Loizou
Stuart Naifeh
Doug Cuthbertson
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: 212-909-6000
Fax: 212-909-6836
jejohnsn@debevoise.com
sgdick@debevoise.com
eloizou@debevoise.com
snaifeh@debevoise.com
dcuthbertson@debevoise.com

Richard Rosenblatt, Esq.
RICHARD ROSENBLATT &
ASSOCIATES, L.L.C.
8085 East Prentice Avenue
Greenwood Village, Colorado 80111
Tel: 303-721-7399 x11
Fax: 720-528-1220
rrosenblatt@cwa-union.org

Penda D. Hair
Elizabeth S. Westfall

Bradley Heard
ADVANCEMENT PROJECT
1730 M Street, NW #910
Washington, D.C. 20036
Tel: 202-728-9557
Fax: 202-728-9558
phair@advancementproject.org
ewestfall@advancementproject.org
bheard@advancementproject.org

Wendy Weiser
Myrna Pérez
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
161 Avenue of the Americas, 12th Floor
New York, New York 10013
Tel: 212-998-6284
Fax: 212-995-4550
wendy.weiser@nyu.edu
myrna.perez@nyu.edu

Brian Siebel
Karen Neuman
Sarah Brannon
FAIR ELECTIONS LEGAL NETWORK
1730 Rhode Island Avenue, NW, Suite 712
Washington, D.C. 20036
bsiebel@fairelectionsnetwork.com
kneuman@fairelectionsnetwork.com
sbrannon@fairelectionsnetwork.com

*Attorneys for Plaintiffs Common Cause
of Colorado, Mi Familia Vota Education
Fund and Service Employees
International Union*

Date: January 22, 2010                     /s/Melody Mirbaba

                                           Monica M. Marquez

Maurice G. Knaizer
Melody Mirbaba
Matthew D. Grove
Office of the Attorney General
1252 Sherman Street, 2nd Floor
Denver, Colorado 80203
Phone: 303-866-4500
Facsimile: 303-866-4765

*Attorneys for Defendant Secretary of State*

CERTIFICATE OF SERVICE

  I hereby certify that on January 22, 2010, I electronically filed the foregoing Notice of Filing of [Proposed] Order Regarding Settlement Of Counts II, III, and IV with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered, interested parties via electronic mail.

Executed on January 22, 2010             /s/ James M. Finberg