**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**


Date: October 15, 2010                    Courtroom Deputy: Bernique Abiakam
                                          Reporter: Terri Lindblom


Civil: 08-cv-02321-JLK

COMMON CAUSE OF COLORADO, et          P. Casey Pitts
al.,                                  Myrna Perez
                                      James M. Finberg
     Plaintiffs,                Elaina J. Loizou *(via telephone)*
                                      Stuart Naiseh *(via telephone)*
v.                                    Penda D. Hair *(via telephone)*
                                      Brian J. Siebel *(via telephone)*
                                      Sarah Brannon *(via telephone)*


BERNIE BUESCHER, in his official      Melody Mirbaba
capacity as Secretary of State for the   Matthew D. Grove
State of Colorado,                    Maurice G. Knaizer

     Defendant.

---

### COURTROOM MINUTES

---

HEARING: Oral Argument

**10:09 a.m.    Court in session.**

Court calls case.  Counsel present in person and via telephone.

Preliminary remarks by the Court.

*(10:25 a.m.    All counsel appearing via telephone are disconnected.)*

Further comments by the Court.

Discussion regarding Plaintiffs' Motion For Interim Relief And Memorandum Of Law In Support Thereof (Filed 10/06/10; Doc. No. 171).

Argument heard regarding Secretary's Motion For Summary Judgment (Filed 12/10/09; Doc. No. 115); and Plaintiffs' Motion For Partial Summary Judgment (Filed 12/10/09; Doc. No. 117).

10:32 a.m.    Argument by Mr. Finberg.  Questions by the Court.

10:45 a.m.    Argument by Ms. Mirbaba.  Questions by the Court.

11:07 a.m.    Further argument by Mr. Finberg.  Questions by the Court.

**ORDERED:   Plaintiffs' Motion For Interim Relief And Memorandum Of Law In Support Thereof (Filed 10/06/10; Doc. No. 171) is taken UNDER ADVISEMENT.**

**ORDERED:   Secretary's Motion For Summary Judgment (Filed 12/10/09; Doc. No. 115) is taken UNDER ADVISEMENT.**

**ORDERED:   Plaintiffs' Motion For Partial Summary Judgment (Filed 12/10/09; Doc. No. 117) is taken UNDER ADVISEMENT.**

**11:18 a.m.   Court in recess.**
**Hearing concluded.**
Total in-court time: 01:09